SAM FUTERSAK, Appellant, v SHELDON PERL, Also Known as SHLOIME PERL, et al., Respondents.

Submitted May 7, 2012; decided June 27, 2012

Motion for reargument of motion for leave to appeal denied [see 18 NY3d 943 (2012)].

In the Matter of GRACIE POINT COMMUNITY COUNCIL, by Its President, Anthony Ard, et al., Appellants, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents.

Submitted May 14, 2012; decided June 27, 2012

Motion by Residents for Sane Trash Solutions for leave to appear amicus curiae on the motion for leave to appeal herein granted and the proposed brief is accepted as filed.

PETER GRAZIANO, on Behalf of Himself and All Others Similarly Situated, Appellant, v ANDREA W. EVANS, as Chair of the New York State Division of Parole, et al., Respondents.

Submitted May 14, 2012; decided June 27, 2012

Motion for reargument of motion for leave to appeal denied [see 18 NY3d 810 (2012)].